

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Telvin Jasmond Green,                    * From the 244th District Court
                                           of Ector County,
                                           Trial Court No. C-20-0510-CR.

Vs. No. 11-21-00097-CR                   * February 9, 2023

The State of Texas,                      * Memorandum Opinion by Bailey, C.J.
                                           (Panel consists of: Bailey, C.J.,
                                           Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the $5,000 fine. As modified, we affirm the judgment of the trial court.